# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GGIS INSURANCE SERVICES, INC,** d/b/a Guardian General Insurance Services and **RICHARD ACUNTO,** | : : : : | **CIVIL ACTION NO. 1:10-CV-0932** **(CONSOLIDATED CASES)** |
| **Plaintiffs** | : : : | **(Judge Conner)** |
| v. | : : | |
| **LINCOLN GENERAL INSURANCE COMPANY, INC.,** | : : : | |
| **Defendant** | : | |

-----------------------------------------------

| | | |
|---|---|---|
| **GGIS INSURANCE SERVICES, INC.** doing business as **GUARDIAN GENERAL INSURANCE SERVICES,** | : : : : | **CIVIL ACTION NO. 1:10-CV-1000** **(Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **LINCOLN GENERAL INSURANCE COMPANY, SCOTT BUTLER,** an Individual, **KINGSWAY FINANCIAL SERVICES, INC.**, and Does 1 through 100, inclusive, | : : : : : : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 1st day of December, 2010, upon consideration of plaintiff's motion to consolidate the above-captioned cases (Doc. 69 - 1:10-CV-1000), and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a); see also Cella v. Togum

<u>Constructeur Ensembleier en Industrie Alimentaire</u>, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is instructed to CONSOLIDATE the case docketed as Civil Action No. 1:10-CV-1000 into the case docketed as Civil Action No. 1:10-CV-0932 and to CLOSE the case docketed as Civil Action No. 1:10-CV-1000.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:10-CV-0932.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge